**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAURENCE WOLF, doing business as
LAURENCE WOLF PROPERTIES,

    Plaintiff,

v.

CITY OF DETROIT,

    Defendant.
_____/

Case No. 2:23-cv-11645
Hon. Brandy R. McMillion
United States District Judge

## JUDGMENT

For the reasons stated in the Opinion and Order Dismissing Case for Lack of Standing (ECF No. 69), **IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Renewed Motion for Partial Summary Judgment on the Issue of Obstacle Preemption (ECF No. 50) is **DENIED AS MOOT** and Plaintiff's Motion for Leave to File Third Amended Complaint to Add Third Party Defendants (ECF No. 64) is **DENIED AS FUTILE**.

    **IT IS SO ORDERED.**

Dated: August 18, 2025
    Detroit, Michigan

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge